1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH MATTHIAS KERR,

Defendant.

NOS.  CR-05-2092-RHW
CR-05-2145-RHW

**ORDER STRIKING
DEFENDANT'S *PRO SE* FILINGS**

Defendant has filed a number of *pro se* filings.  Edwin Alden was appointed to represent Defendant on December 30, 2005, and he filed his Notice of Appearance on January 3, 2006.  Once an attorney has appeared in a case, the party is prohibited from acting *pro se* in the cause.  *See* LR 83.2(d).  Defendant should consult with his counsel of record to determine whether a particular motion should be refiled by his counsel.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **STRIKES** the following *pro se* motions:

a. Motion for Release from Custody (CR-05-2092-RHW [Ct. Rec. 110]) (CR-05-2145 [Ct. Rec. 15]);

b. Motion for Release from Custody (CR-05-2092-RHW [Ct. Rec. 124]) (CR-05-2145 [Ct. Rec. 20]);

c. Motion for 28 U.S.C. ss 2255 Summary Judgment Motion for Case Dismissal (CR-05-2092-RHW [Ct. Rec. ___]) (CR-05-2145-RHW [Ct. Rec. __]).

///

///

**ORDER STRIKING DEFENDANT'S *PRO SE* FILINGS ~** 1

1    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

2  order and to provide copies to counsel and Defendant.

3    **DATED** this 13th day of January, 2006.

4

5                                s/Robert H. Whaley
                                ROBERT H. WHALEY
6                            Chief United States District Judge

7

8

9
   Q:\CRIMINAL\2005\Kerr\strike.wpd
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER STRIKING DEFENDANT'S *PRO SE* FILINGS ~ 2**